[No. 47263-1-I. Division One. December 3, 2001.]

*In the Matter of the Personal Restraint of* ANDREW SCHNEIDER, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 47286-1-I. Division One. December 3, 2001.]

*In the Matter of the Detention of* GREGORY W. LEE. GREGORY W. LEE, *Appellant,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-2-01042-3, David A. Nichols, J., entered August 15, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster and Appelwick, JJ.

[No. 47397-2-I. Division One. December 3, 2001.]

RICHARD DOUGLAS ALLEN, *Appellant,* v. DEBRA JEAN MULLEN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85-3-08553-5, Katherine Hershey, J. Pro Tem., entered August 25, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47677-7-I. Division One. December 3, 2001.]

FLOYD EXETER, *Appellant,* v. GEICO GENERAL INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 99-2-26211-5, Suzanne M. Barnett, J., entered October 19, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Coleman and Appelwick, JJ.